IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEANETTE RAHRIG, | ) | CASE NO.   1:14-CV-00411 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE VECCHIARELLI |
| CAROLYN W. COLVIN,<br>  Acting Commissioner of<br>  Social Security | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Pursuant to the parties' Joint Stipulation to Remand under sentence four of 42 U.S.C. § 405(g) ( Doc. No. 18), the Commissioner's final decision is hereby REVERSED and the case is REMANDED for further administrative proceedings consistent with the parties' stipulation.  On remand, the administrative law judge shall: (1) hold a new hearing; (2) reassess Plaintiff's residual functional capacity; (3) reevaluate the medical source opinions; (4) obtain supplemental evidence from a vocational expert; and (5) issue a new decision.

    **IT IS SO ORDERED**.

                                                    s/ *Nancy A. Vecchiarelli*
                                                    U.S. Magistrate Judge

Date: September 23, 2014